## SUPREME JUDICIAL COURT,

FOR THE COUNTY OF

## HANCOCK.

### OCTOBER TERM,

### 1821.

---

### MARTIN v. ABBOT, Adm'r and Trustee.

A foreign attachment is dissolved upon the death of the debtor and the issuing of a commission of insolvency upon his estate.

AFTER the commencement of this suit, and after the examination of the trustee, the original defendant died, his estate was represented insolvent, and commissioners were appointed to receive and examine the claims of creditors; and the question was, whether the foreign attachment was thereby dissolved?

And THE COURT were all of opinion that it was. They observed that by law the *estate* of a deceased insolvent debtor is to be distributed *pro rata* among all his creditors. And by *Stat.* 1783. *ch.* 59. *sec.* 2. [*Revised Statutes ch.* 60. *sec.* 32.] the attachment of any *estate* is to have no force or efficacy after the death of the defendant and the issuing of a commission of insolvency upon his estate. The intent of the law plainly is, that whatever is liable to distribution shall be freed from attachment; and this applies as well to money due to the debtor, as to his visible goods. See *Patterson & al. v. Patten*, 15 *Mass.* 473.

*Thayer*, for the plaintiff.
*Abbot*, for the defendant.